MACY et al., Respondents, v. EDWIN D. WHEELER et al.,
Appellants.

No. 1205; December 15, 1856.

**Evidence.**—A Statute Making Copies of Records to be evidence
like in effect to the originals if produced does not dispense with the
necessity of producing the original record when obtainable.

APPEAL from Tenth Judicial District, Yuba County.

Stephen J. Field for respondents; Goodwin & Wheeler for
appellants.

HEYDENFELDT, J.—This case must be reversed on the
authority of McCann v. Beach, 2 Cal. 25, and the Executors
of Folsom v. Scott, 6 Cal. 460.

Section 21 of the act of March, 1851, gives to copies of
papers from the recorder's office the like effect as evidence
"as the original could be, if produced." This does not dis-
pense with the production of the original, if it can be ob-
tained. It merely fixes the value as evidence of the copy
when from the loss of the original it is necessary to be in-
troduced. There is no attempt by this section to dispense
with the rule that the best evidence must be resorted to
which the nature of the case will admit.

The counsel for respondents urge that these deeds and
power of attorney, copies of which were given in evidence,
were immaterial to the decision of the cause, on account of the
subsequent testimony of a witness. This may be so, but
we cannot know it, unless we had some mode of ascertain-
ing whether the judge who tried the case gave as much
weight to the one kind of evidence as to the other.

Judgment reversed and cause remanded.

We concur: Murray, C. J.; Terry, J.